IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:21-cr-30097-DWD |
| ) | |
| JUSTIN SCHNEIER, ) | |
| ) | |
| Defendant. ) | |

**ORDER FINDING NO THIRD-PARTY INTERESTS**
**(FINAL ORDER OF FORFEITURE)**

On February 1, 2023, the Court entered a Preliminary Order of Forfeiture (Doc. 74) against Defendant for the following property, which has been seized from Defendant:

> **A cellular phone seized from SCHNEIER, further described as an Apple iPhone with the serial number DX3Z1JDMHG7F, Model: A177, grey in color.**

The Preliminary Order of Forfeiture stated the Government would provide an opportunity for persons to claim a legal interest in the property under 21 U.S.C. § 853(n)(1).

The Government now provides a sworn Declaration of Publication (Doc. 82-1) that notice was published on an official government website, www.forfeiture.gov, for at least 30 consecutive days, beginning on February 8, 2023, and ending on March 9, 2023. No third party filed a petition, within 30 days after the last date of the publication, to allege an interest in the property.

Therefore, the Court **FINDS**, under 21 U.S.C. § 853(n)(7), no third-party petitions

1

were filed and the United States of America has clear title to the above-described property, which was the subject of the Preliminary Order of Forfeiture, namely:

> **A cellular phone seized from SCHNEIER, further described as an Apple iPhone with the serial number DX3Z1JDMHG7F, Model: A177, grey in color.**

The United States Marshal or the custodian for the Federal Bureau of Investigation shall dispose of the property according to law.

**SO ORDERED**.

Dated: April 26, 2023

s/ *David W. Dugan*
_____
DAVID W. DUGAN
United States District Judge